No. 83–5110. LIPSCOMB v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–5112. SOMMER v. DIXON ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–5113. WATTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5114. STEVENSON v. CONRAD. C. A. 8th Cir. Certiorari denied.

No. 83–5115. TYLER v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 83–5118. DODD v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 83–5119. ROSARIO v. UNITED STATES; and
No. 83–5219. SHARPE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 714 F. 2d 146.

No. 83–5120. WOODSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5121. SAMUEL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–5125. HELTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5126. LEWIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–5128. LEONARD v. ZIMMERMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–5129. SALMAN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 83–5130. CROOKER v. INTERNAL REVENUE SERVICE. C. A. 1st Cir. Certiorari denied.

No. 83–5131. BURTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.